IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATRINA KIMBLE                                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 3:07CV35-SAA

GRENADA COUNTY, ET AL                                              DEFENDANTS

ORDER2

For the reasons stated in the Memorandum Opinion issued this day, the court holds

The defendants' motion [№ 34] is **GRANTED IN PART AND DENIED IN PART** as follows:

    (1)      **DENIED** as to Jesse Gonzales;

    (2)      **GRANTED** as to Chris McCain;

    (3)      **DENIED** as to James Latham;

    (4)      **DENIED** as to Gloria Brown.

The motions of defendants sheriff Alton Strider [№ 10] and of Deputy Mike Lovelace are

dismissed as moot due to plaintiff's voluntary dismissal of her claims against them.

SO ORDERED.

THIS, the 21st day of March, 2008.


          __/s/ S. ALLAN ALEXANDER_____
          UNITED STATES MAGISTRATE JUDGE